IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-2787-AP**

**WILLIAM KLIES,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Unopposed Motion to Amend Joint Case Management Order (doc. #11), filed May 3, 2010, is **GRANTED IN PART**. The amount of time requested is excessive, therefore, the extension will be granted for 30 days, not 60. Briefing is re-set as follows: Plaintiff's Opening Brief is due June 2, 2010; Response Brief is due July 2, 2010; reply brief is due July 19, 2010.

Dated: May 3, 2010